IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KHOR CHIN LIM,

                Plaintiff,                      ORDER

                v.                      13-cv-347-bbc

CITY OF CHICAGO, ANITA ALVAREZ,
STATE ATTORNEY OF COOK COUNTY OF
ILLINOIS, SHERIFF OF COOK COUNTY and
DOES 1-15,

                Defendants.

---

      Plaintiff Khor Chin Lim, who is being held at the Elgin Mental Health Center in Elgin, Illinois, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. Having found plaintiff unable to prepay the fees for commencing the action in his other case; 13-cv-252-bbc, I will grant his request for leave to proceed *in forma pauperis* in this case as well.

      Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

      Entered this 24th day of May, 2013.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge