IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHOR CHIN LIM,

              Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                    13-cv-347-bbc

CITY OF CHICAGO, ANITA ALVAREZ,
SHERIFF OF COOK COUNTY and
DOES 1-15

              Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to file his proposed complaint.

| /s/ | 8/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |